UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21050-CR-SEITZ

UNITED STATES OF AMERICA,

v.

HENRY JACKSON,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Manuel Gonzalez, Jr., Esq. for fees and expenses be reduced from $10,878.98 to a total of $10,002.98. The Court has reviewed Judge Palermo's R&R. Mr. Gonzalez has advised the Court that he will not file any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Gonzalez shall be paid **$10,002.98** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 20th day of November, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Manuel Gonzalez, Jr., Esq.
Lucy Lara, CJA Administrator